IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY ZDOLSHEK, et al., | ) | CASE NO. 1:02CV2338 |
| | ) | |
| | ) | JUDGE O'MALLEY |
| Plaintiffs, | ) | MAGISTRATE JUDGE HEMANN |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| ALSTON & BIRD LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the magistrate judge on referral by Judge Nugent.

IT IS ORDERED that the case referral is hereby terminated and, this case is returned

to the referring judge.


DATED: 9/18/03                         s/ Patricia A. Hemann
                                       Patricia A. Hemann
                                       United States Magistrate Judge