# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

03 SEP 26 ; 4:00

NORTHERN
CLEVE      OF OHIO

|  |  |  |
|---|---|---|
| Gary Zdolshekk et al.<br>**Plaintiff(s),** | : | **JUDGE O'MALLEY** |
|  | : | **CASE NO.** 1:02CV2338 |
| **v.** | : | **MINUTES OF PROCEEDINGS/**<br>**ORDER** |
| Alston & Bird. et al.<br>**Defendant(s).** | : | |

1. _____Settlement conference_____ was held on: ___September 26, 2003___.

2. Attorneys and Parties Present:

    Plaintiff: _Richard Mitchell_____

    _____

    Defendant: _Hugh McKay, Gary Triggs, Frederick Thurman,_
    _Brian Cook_____

3. Reference to Magistrate/ADR: _Magistrate Judge Hemum - referral has_
   _been terminated._____

4. Limits on Discovery: _____

    _____

5. Discovery Cut-Off: _____

6. Dispositive Motions Due: _____

7. Status Hearing/Conference: _____

8. Final Pretrial Conference: _____

AO 72A
(Rev. 8/82)

9.  Trial Date: _____

10.  Additional Rulings/Other Matters Considered: _Parties discussed settlement_ _possibilities but did not reach agreement. The Court will_ _set a scheduling conference in the near future._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

11.  Court Reporter: _____ None _____

**IT IS SO ORDERED.**

_Kathleen M. O'Malley_
_____
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

2

AO 72A
(Rev. 8/82)