**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Gary Zdolshek,** *et al.*, | : | **Case No. 1:02CV2338** |
| | : | |
| **Plaintiffs,** | : | **JUDGE O'MALLEY** |
| | : | |
| v. | : | |
| | : | **MEMORANDUM & ORDER** |
| | : | |
| **Alston & Bird, L.L.P.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

There is currently pending in this case a motion by Alston & Bird, L.L.P. and J. Lynn Thorneburg to dismiss Counts IV and V of the plaintiffs' complaint. (Doc. 17). The Court has been informed that the parties have resolved their differences in principle with respect to those claims. Accordingly, the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**