UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY ZDOLSHEK, et al. | ) | CASE NO. 1:02CV2338 |
| | ) | |
| Plaintiffs, | ) | JUDGE KATHLEEN O'MALLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE PATRICIA |
| | ) | A. HEMANN |
| ALSTON & BIRD L.L.P., et al. | ) | |
| | ) | |
| Defendants. | ) | |

_____

**PLAINTIFFS' AND DEFENDANTS ALSTON & BIRD LLP AND J. LYNN THORNEBURG'S STIPULATION OF DISMISSAL OF THE COMPLAINT AND COUNTERCLAIM AGAINST PLAINTIFF GARY ZDOLSHEK**
_____

Plaintiffs and Defendants Alston & Bird LLP and J. Lynn Thorneburg (collectively, "the Alston & Bird Defendants") have settled this action.  In accordance with their settlement, Plaintiffs and the Alston & Bird Defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate and agree to: (1) Dismiss the Complaint in its entirety, with prejudice, against all Defendants, each party to bear their own respective costs and attorneys' fees; and (2) dismiss the Alston & Bird Defendants' Counterclaim against Plaintiff Gary Zdolshek, with prejudice, each party to bear their own respective costs and attorneys' fees.

Respectfully submitted,


/s Richard S. Mitchell                                    /s/ Hugh E. McKay
Richard S. Mitchell, Esq. (0007036)          Hugh E. McKay
ROETZEL & ANDRESS                              PORTER WRIGHT MORRIS & ARTHUR
1375 E. Ninth Street                                  1700 Huntington Building
One Cleveland Center, 9th Floor                925 Euclid Avenue
Cleveland, Ohio  44114                            Cleveland, OH 44115-1483
(216) 623-0150 telephone                         (216) 443-9000 telephone
(216) 623-0134 facsimile                          (216) 443-9011 facsimile
Email: rmitchell@ralaw.com                      Email:  hmckay@porterwright.com

Attorney for Plaintiffs                              Attorney for Defendants
                                                              Alston & Bird LLP and J. Lynn Thorneburg

IT IS SO ORDERED:


                                                              _____
                                                              JUDGE KATHLEEN O'MALLEY

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2003, a copy of the Plaintiffs' and Defendants Alston & Bird LLP and J. Lynn Thorneburg's Stipulation of Dismissal of the Complaint and Counterclaim Against Plaintiff Gary Zdolshek was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Richard S. Mitchell
RICHARD S. MITCHELL

155585_1
105802.0001